UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALICE BYRD, | § | No. 1:17-CV-620-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| LAKEVIEW LOAN SERVICING, LLC, and CENLAR FSB, | § | |
| | § | |
| Defendants. | § | |

ORDER

Attorney for Plaintiff, Benjamin S. De Leon, previously sought to withdraw as counsel.  During a hearing held on November 14, 2019, this Court determined that counsel would remain through summary judgment.  The parties filed their final briefings on February 19, 2020.  (Dkts. ## 89–90.)  Thus, the Court now **ORDERS** that Benjamin S. De Leon and the law firm of De Leon Law, PLLC, are hereby **WITHDRAWN** as counsel for Plaintiff.  Plaintiff shall have until March 18, 2020, to locate new counsel, who shall file a Notice of Appearance with the Court.

**IT IS SO ORDERED.**

DATED: San Antonio, Texas, February 21, 2020.

_____
David Alan Ezra
Senior United States District Judge